**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York (State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: WFT FASHION LLC F/K/A ELIZABETH KENNEDY, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   ELIZABETH KENNEDY, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 257  West 38th Street, 5F Studio | 1270  Broadway, Suite 305 |
   | Number   Street | Number   Street |
   | | c/o Robert J. Basil, Esq. |
   | | P.O. Box |
   | New York          NY    10018 | New York          NY    10001 |
   | City              State  ZIP Code | City              State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | New York | |
   | County | Number   Street |
   | | |
   | | City              State  ZIP Code |

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   WFT Fashion LLC F/K/A Elizabeth Kennedy, LLC          Case number (if known)_____
         _____
         Name

6. **Debtor's website** (URL)    Unknown

7. **Type of debtor**
   - [✓] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [✓] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [✓] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

**Part 3:    Report About the Case**

10. **Venue**

    *Check one:*
    - [✓] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [✓] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [✓] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor    WFT Fashion LLC F/K/A Elizabeth Kennedy, LLC
_____
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Taroni S.p.A. | Judgment creditor (for goods sold) | $ 107,835.58 |
| Gentili Mosconi, S.p.A. | Unpaid obligation for goods sold. | $ 26,993.22 |
| Men/Women N.Y. Model Management, Inc. | Unpaid obligation for modeling services. | $ 14,595.76 |
| | Total of petitioners' claims | $ 149,424.56 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Taroni S.p.A.
Name

Via  Mantero 20
Number  Street

220170  Grandate (CO)   Italy
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Maximilian Canepa
Name

Via  Mantero 20
Number  Street

220170  Grandate (CO)   Italy
City                State       ZIP Code

Gisella Levi Caroti, Esq.
Printed name

Herzfeld & Rubin, P.C.
Firm name, if any

125  Broad Street
Number  Street

New York              NY       10004
City                  State    ZIP Code

Contact phone (212) 471-8515    Email GCaroti@herzfeld-rubin.com

Bar number 2050078

State New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 27 / 2018
             MM / DD / YYYY

X _____ Managing Director
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed  04 / 27 / 2018
             MM / DD / YYYY

Debtor: WFT Fashion LLC F/K/A Elizabeth Kennedy, LLC

Case number (if known): _____

**Name and mailing address of petitioner**

Gentili Mosconi, S.p.A.
Name

Via Tevere, 7/9
Number    Street

22070 Casnate con Bernate (CO)    Italy
City                                State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Francesco Gentili
Name

Via Tevere, 7/9
Number    Street

22070 Casnate con Bernate (CO)    Italy
City                                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on MAY/08/2018
         MM / DD / YYYY

X _____ LEGAL REPRESENTATIVE
Signature of petitioner or representative, including representative's title

---

Giovanni Spinelli, Esq.
Printed name

Pavia & Harcourt LLP
Firm name, if any

230 Park Avenue, 24th Floor
Number    Street

New York                NY    10169
City                    State    ZIP Code

Contact phone (212)508-2376    Email gspinelli@pavialaw.com

Bar number 2763670

State New York

X _____
Signature of attorney

Date signed 05/31/2018
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Men/ Women N.Y. Model Management, Inc.
Name

199 Lafayette Street, 7th Floor
Number    Street

New York                NY    10012
City                    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Sergio Leccese
Name

199 Lafayette Street, 7th Floor
Number    Street

New York                NY    10012
City                    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 24 2018
         MM / DD / YYYY

X _____, Treasurer
Signature of petitioner or representative, including representative's title

---

John Lovejoy, Esq.
Printed name

Reinhardt LLP
Firm name, if any

200 Liberty Street, 27th Floor
Number    Street

New York                NY    10281
City                    State    ZIP Code

Contact phone (212)710-0970    Email jjl@reinhardtllp.com

Bar number 5154109

State New York

X _____
Signature of attorney

Date signed 05/24/2018
            MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                          Case No.:

WFT FASHION LLC F/K/A/ ELIZABETH KENNEDY, LLC,

                                Debtor.                                          Chapter 7

-----------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, petitioner Taroni S.p.A. hereby represents as follows:

There are no entities to report under Federal Rule of Bankruptcy Procedure 7007.1(a).

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, Maximilian Canepa, Managing Director of Taroni S.p.A., declare under penalty of perjury that I have reviewed the foregoing "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief.

Date:       April 27, 2018

                                                            Maximilian Canepa
                                                            Managing Director

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In re:                                                              Case No.:

WFT FASHION LLC F/K/A/ ELIZABETH KENNEDY, LLC,

                Debtor.                                    Chapter 7

---------------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1010(b) and 7007.1, petitioner Gentili Mosconi, S.p.A. hereby represents as follows:

The following is a (are) corporation(s), other than a governmental unit, that directly or indirectly own(s) 10% or more of any class of Gentili Mosconi, S.p.A.'s equity interests, or states that there are no entities to report under FRBP 7007.1(a):

| Shareholder | Percentage of Ownership |
|---|---|

```
There are no entities to report under FRBP 7007.1(a).
```

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, Francesco Gentili, Director of Gentili Mosconi, S.p.A., declare under penalty of perjury that I have reviewed the foregoing "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief.

Date: _____MAY 08_____, 2018

                                                                       Francesco Gentili
                                                                       Director

1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

18-11691-jlg Doc 1 Filed 06/01/18 Entered 06/01/18 15:10:13 Main Document
Pg 7 of 8

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                    Case No.:

WFT FASHION LLC F/K/A/ ELIZABETH KENNEDY, LLC,

                                   Debtor.                                      Chapter 7

-------------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1010(b) and 7007.1, petitioner Men/Women N.Y. Model Management, Inc. hereby represents as follows:

The following is a corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of Men/Women N.Y. Model Management, Inc.'s equity interests, or states that there are no entities to report under FRBP 7007.1(a):

| Shareholder | Percentage of Ownership |
|---|---|
| Elite World S.A. | 80% |

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, Sergio Leccese, Treasurer of Men/Women N.Y. Model Management, Inc., declare under penalty of perjury that I have reviewed the foregoing "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief.

Date:     May 24, 2018

                                                     Sergio Leccese
                                                     Treasurer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.